UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANTE DION SCOTT,<br><br>                Plaintiff,<br><br>    v.<br><br>SGT. J. ARVISO, et al.,<br><br>                Defendants. | 1:18-cv-00023-LJO-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO ADD EXHIBITS TO FIRST AMENDED COMPLAINT**<br>**(ECF No. 14.)**<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT WITH EXHIBITS ATTACHED, AS INSTRUCTED BY THIS ORDER**<br><br>**THIRTY DAY DEADLINE** |

**I.    BACKGROUND**

       Tiante Dion Scott ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) On April 30, 2018, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 15.) On April 30, 2018, Plaintiff also filed a request for the court to accept two exhibits as part of the First Amended Complaint. (ECF No. 14.)

1

## II. LOCAL RULE 220 AND FEDERAL RULE OF CIVIL PROCEDURE 15(a) - AMENDING THE COMPLAINT

Local Rule 220 provides, in part:

> Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

Plaintiff has submitted two exhibits to the court, separate from the First Amended Complaint, with a request for the court to accept the exhibits as part of the First Amended Complaint. Plaintiff may not add supporting exhibits in this manner. Under Rule 220, Plaintiff may not amend the First Amended Complaint by adding exhibits submitted separately from the First Amended Complaint. To add information or make a correction to the First Amended Complaint, Plaintiff must file an amended complaint which is complete in itself without reference to prior complaints. To add his two exhibits Plaintiff must file a Second Amended Complaint, complete in itself, with the two exhibits attached.

Plaintiff explains that he submitted the exhibits separately from the First Amended Complaint because he reached the twenty-five page limit allowed by the court for the First Amended Complaint and could not attach exhibits without exceeding the twenty-five page limit. Plaintiff states that the two exhibits he submitted are needed to "make the point in the complaint." (ECF No. 14 at 1:23.)

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 445 F.3d 1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). In the interest of justice, the court shall allow Plaintiff to file a Second Amended Complaint with his two exhibits attached, even if the twenty-five page limit is exceeded. The Second Amended Complaint is limited to twenty-five pages, not including the exhibits. Plaintiff is granted thirty days in which to file a Second Amended Complaint with the two exhibits attached. The Second Amended Complaint does not need to be identical to the First Amended Complaint, but it should be materially the same. Plaintiff is not granted leave to change the nature of the complaint, add defendants for unrelated claims, or

add allegations of events occurring after this case was filed on January 4, 2018. If Plaintiff chooses to amend the complaint, he shall clearly title the amended complaint "Second Amended Complaint" and refer to case number 18-cv-00023-LJO-GSA-PC.

## III. CONCLUSION

Based on the foregoing, it is **HEREBY ORDERED** that:

1. Plaintiff's motion to add separate exhibits to the First Amended Complaint is DENIED;
2. If Plaintiff wishes to include his two exhibits, he must file a Second Amended Complaint with the exhibits attached;
3. Plaintiff is granted leave to file a Second Amended Complaint within thirty days of the date of service of this order, with his two exhibits attached, as instructed by this order;
4. The Second Amended Complaint is limited to twenty-five pages, not including the exhibits; and
5. If Plaintiff does not file a Second Amended Complaint within the thirty-day deadline, this case shall proceed with First Amended Complaint filed on April 30, 2018, without exhibits.

IT IS SO ORDERED.

Dated: **May 7, 2018**                **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE