UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIANTE DION SCOTT, | 1:18-cv-00023-LJO-GSA-PC |
|---|---|

                      Plaintiff,              **ORDER ADOPTING FINDINGS AND**
                                              **RECOMMENDATIONS IN FULL**
          v.                                  **(ECF No. 24.)**

SGT. J. ARVIZO, et al.,                       **ORDER DISMISSING THIS CASE,**
                                              **WITH PREJUDICE, FOR FAILURE TO**
                      Defendants.             **STATE A CLAIM**

                                              **ORDER FOR CLERK TO CLOSE CASE**

        Tiante Dion Scott ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*
with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United
States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On November 15, 2019, findings and recommendations were entered, recommending that
this case be dismissed based on Plaintiff's failure to state a claim upon which relief may be
granted under § 1983.  (ECF No. 24.)  Plaintiff was granted fourteen days in which to file
objections to the findings and recommendations.  (Id.)  The time for filing objections has expired,
and Plaintiff has not file objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 15, 2019, are adopted in full;

2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 19, 2019**__ _____**/s/ Lawrence J. O'Neill** _____
UNITED STATES CHIEF DISTRICT JUDGE